## Elisha Couch and Ed Couch, Appellants, v. Commonwealth, Appellee.

Jan. 21, 1941.

Beverly White for appellants.

Hubert Meredith, Attorney General, and Wm. F. Neill, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE CAMMACK—Dismissing appeal.

Elisha Couch and Ed Couch were indicted with George Couch and two others for the murder of Wash Daniel in June, 1937. They were tried together in July, 1937, and found guilty. Their punishment was fixed at life imprisonment. They are now attempting to appeal from the judgments entered in July, 1937. The appeal was filed April 2, 1940. It is dismissed for the reasons set forth in Couch v. Commonwealth, 285 Ky. 594, 148 S. W. (2d) 724, this day decided.